
SLIP OPINION

Cite as 2015 Ark. 459

# SUPREME COURT OF ARKANSAS

IN RE CLIENT SECURITY FUND
COMMITTEE

**Opinion Delivered** December 3, 2015

## PER CURIAM

Kandice A. Bell, Esq., of White Hall, is appointed to the Client Security Fund Committee to replace Hon. Earnest Brown, Jr., for a term to expire on July 31, 2017. We thank Ms. Bell for accepting appointment to this important committee.

The court expresses its gratitude to Judge Brown for his years of dedicated service to the committee.